**762-15**

# ELECTRONIC RECORD

COA #   10-14-00226-CR

OFFENSE:   Poss With Intent to Deliver a Controlled Substance

STYLE:   Stephen Kenneth Lane Sellers v. The State of Texas

COUNTY:   McLennan

TRIAL COURT:   19th District Court

TRIAL COURT #:   2013-2242-C1

TRIAL COURT JUDGE:   Hon. Ralph T. Strother

DISPOSITION:   Affirmed

Appellant's   MOTION

FOR REHEARING IS:   Denied

DATE:   June 4, 2015

JUDGE:   Chief Justice Gray

DATE:   May 7, 2015

JUSTICE:   Chief Justice Gray      PC _____   S _____   X

PUBLISH: _____        DNP:   X

CLK RECORD:   September 15, 2014

RPT RECORD:   August 25, 2014

STATE BR:   March 27, 2015

APP BR:   December 5, 2014

SUPP CLK RECORD:

SUPP RPT RECORD:

SUPP BR:

PRO SE BR:

# IN THE COURT OF CRIMINAL APPEALS

ELECTRONIC RECORD

CCA # __762-15__

_APPELLANT'S_ Petition

FOR DISCRETIONARY REVIEW IN CCA IS:

_Refused_

DATE: _08/26/2015_

JUDGE: _Per Curiam_

Disposition: _____

DATE: _____

JUDGE: _____

SIGNED: _____   PC: _____

PUBLISH: _____   DNP: _____

_____ MOTION FOR REHEARING IN

CCA IS: _____ ON _____

JUDGE: _____

MOTION FOR STAY OF MANDATE IS:

_____ ON _____

JUDGE: _____